## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM MOSBY and** | * | |
| **DEBRA MOSBY** | * | |
| individually and on behalf | * | **CLASS ACTION COMPLAINT** |
| of all others similarly situated | * | |
| | * | |
| **Plaintiffs** | * | **CIV. NO. 2:16-cv-14431** |
| versus | * | |
| | * | |
| **PALMETTO SOLAR LOUISIANA, LLC** | * | **JUDGE NANNETTE JOLIVETTE BROWN** |
| **RED RIVER SOLAR, LLC** | * | |
| **RED RIVER SOLAR 2, LLC** | * | |
| **RED RIVER SOLAR 3, LLC** | * | **MAG. DANIEL E. KNOWLES, III** |
| **and RED RIVER SOLAR 4, LLC** | * | |
| | * | |
| **Defendants** | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that all claims of Putative Class Plaintiffs, **William Mosby and Debra Mosby**, are dismissed against the Defendant, Palmetto Solar, LLC, with prejudice, each party to pay its own costs.

New Orleans, Louisiana, this ____1st____ day of December, 2017.

_____
**JUDGE NANNETTE JOLIVETTE BROWN**

43503199;1